Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000. Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:  Clerk, U.S. Bankruptcy Court

Re:  UNDISTRIBUTED FUNDS

Case No.:  6:05-bk-22343-MJ

Debtor(s):  GARY LYNN ESSENWANGER
LUZ EVELYN ESSENWANGER
14585 WALNUT
HESPERIA, CA 92345

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| UMLI/UM CAPITAL, LLC | $97.76 |
| P.O. BOX 601012 | |
| CHARLOTTE, NC 28260-1012 | |

Dated: 12/28/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0336537**
Date: Dec 28, 2010

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0522343 | GARY LYNN & LUZ EVELYN ESSENWANGER | 30572490 | 00025 | 97.76 | 0.00 | 97.76 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT
WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

TOTALS:    97.76    0.00    97.76

**ROD DANIELSON**
CHAPTER 13 TRUSTEE
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

GARY LYNN ESSENWANGER
LUZ EVELYN ESSENWANGER
BALANCE: 0.00    [0.00 Claim:00025]
ACCT: 30572490
PRINCIPAL: 97.76
CASE: 0522343
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0336537**

CHECK DATE: **Dec 28, 2010**
AMOUNT: *********97.76**
VOID 45 DAYS FROM DATE

**PAY** Ninety Seven And 76 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑆0336537⑆ ⑆122044300⑆ ⑆030⑆100078⑆

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS